**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Carlos Horacio ZAMORA, Defendant—
Appellant.**

No. 03–50168.

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.*

Decided April 16, 2004.

Mark Krause, Esq., USLA, Los Angeles, CA, for Plaintiff–Appellee.

Gerald C. Salseda, DFPD, Elizabeth A. Newman, Esq., FPDCA, Los Angeles, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, RYMER and BEA, Circuit Judges.

MEMORANDUM **

Carlos Horacio Zamora appeals his guilty-plea conviction and 97–month sentence for conspiracy to possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Zamora has filed a brief stating that there are no grounds for re-

lief, and a motion to withdraw as counsel of record. Zamora has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

